IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS ROARK, et al.,<br><br>                      Plaintiffs,<br><br>    vs.<br><br>AMERICAN AIRLINES GROUP, INC.;<br>ENVOY AVIATION GROUP, INC.;<br>ENVOY AIR, INC.; AND JOSEPH<br>FREEMAN,<br><br>                      Defendants. | Case No. 3:24-cv-01695 (VDO) |

**DEFENDANTS ENVOY AVIATION GROUP, INC. AND ENVOY AIR, INC.'S CORPORATE DISCLOSURE STATEMENT**

    Defendants Envoy Aviation Group, Inc. and Envoy Air, Inc. certify that American Airlines Group Inc., a publicly held corporation (NASDAQ: AAL), owns 100 percent of the stock of Envoy Aviation Group, Inc.  Envoy Aviation Group, Inc., in turn, owns 100 percent of the stock of Envoy Air, Inc.

Dated:  November 26, 2024                  Respectfully Submitted,

                                                      */s/   Leah Godesky*
                                                      Leah Godesky (ct30997)
                                                      Mark W. Robertson (*pro hac vice* forthcoming)
                                                      O'MELVENY & MYERS LLP
                                                      1301 Avenue of the Americas, 17th Floor
                                                      New York, NY 10019
                                                      Telephone:  (212) 326-2000
                                                      Fax:  (212) 326-2061
                                                      lgodesky@omm.com
                                                      mrobertson@omm.com

Jason Zarrow (*pro hac vice* forthcoming)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone:  (213) 430-2000
Fax:  (213) 430-6407
jzarrow@omm.com

*Counsel for Defendants*
*American Airlines Group Inc.,*
*Envoy Aviation Group, Inc., and*
*Envoy Air, Inc.*

**Certificate of Service**

I hereby certify that on November 26, 2024, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

>*/s/ Leah Godesky*
>Leah Godesky (ct30997)
>O'MELVENY & MYERS LLP
>1301 Avenue of the Americas, 17th Floor
>New York, NY 10019
>Telephone:  (212) 326-2000
>Fax:  (212) 326-2061
>lgodesky@omm.com