Gary J. Greene, Esq. (ct09039)
Christopher Ryan Boy, Esq. (ct31870)
GREENE LAW, P.C.
1055 Farmington Avenue, Ste. C
Farmington, CT 06032
860-676-1336 (t)
860-676-2250 (f)
service@greenelawpc.com

*Attorney for the Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS ROARK, AUSTIN JOSE, DREW ADAMES, BROOKLYN MAES, AND ZACHARY FLEISHMAN, | Case No. 3:24-cv-01695 (VDO) |
| Plaintiffs, | |
| v. | |
| AMERICAN AIRLINES GROUP, INC., ENVOY AVIATION GROUP, INC, ENVOY AIR, INC., AND JOSEPH FREEMAN | |
| Defendants. | August 21, 2025 |

## MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs **DREW ADAMES, BROOKLYN MAES AND ZACHARY FLEISHMAN**, by and through their undersigned counsel, hereby represent that they do not wish to proceed as plaintiffs in the within action, and request that their claims be dismissed without prejudice.

Counsel for Defendants American Airlines Group, Inc., Envoy Aviation Group, Inc. and Envoy Air, Inc. consent to the relief requested herein. Given Defendant Freeman's posture thus far,

rather than seeking his stipulation, the movants prefer an order from the Court dismissing them as party plaintiffs without prejudice.

**WHEREFORE**, the movants request that their claims be dismissed without prejudice.

DATED: August 21, 2025                                              **GREENE LAW, P.C.**

By:   */s/ Gary J. Greene*
        GARY J. GREENE (ct09039)
        *Attorney for the Plaintiffs*

### Certification of Service

I hereby certify that on August 21, 2025, a copy of the foregoing was served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Gary J. Greene*
Gary J. Greene

2

**Greene Law, P.C.** | 1055 Farmington Avenue, Ste. C | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com